UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80135-CR- Ryskamp/Hopkins
18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)

UNITED STATES OF AMERICA

vs.

DAVID GIROUARD,
a/k/a "Riseup004@aol.com,"

Defendant.
_____/



FILED by _____ D.C.

SEP - 7 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about March, 2006, to on or about May 19, 2006, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DAVID GIROUARD,**
a/k/a "Riseup004@aol.com,"

did knowingly and intentionally by means of a facility of interstate commerce, that is, by computer via the Internet and by cellular telephone, persuade, induce, and entice, and attempt to persuade, induce, and entice "A," a person in Palm Beach County in the Southern District of Florida who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about May 19, 2006, from a place outside the Southern District of Florida to a place inside the Southern District of Florida, the defendant,

**DAVID GIROUARD,**
a/k/a "Riseup004@aol.com,"

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, that is, a sexual act (as defined in 18 U.S.C. § 2246) with a person under 18 years of age, that is, "A", that would be in violation of chapter 109A of Title 18, United States Code, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 06-80135-CR-Ryskamp/Hopkins

vs.

DAVID GIROUARD,
        Defendant.    /

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

\_\_ Miami    \_\_ Key West
\_\_ FTL    _X_ WPB    \_\_ FTP

New Defendant(s)    Yes \_\_    No \_\_
Number of New Defendants    \_\_
Total number of counts    \_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | \_\_ |
   | II | 6 to 10 days | \_\_ | Minor | \_\_ |
   | III | 11 to 20 days | \_\_ | Misdem. | \_\_ |
   | IV | 21 to 60 days | \_\_ | Felony | _X_ |
   | V | 61 days and over | \_\_ | | |

   FILED by \_\_\_\_ D.C.
   SEP - 7 2006
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. - W.P.B.

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in state custody as of _____
   Defendant(s) in federal custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? \_\_ Yes _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No
   If yes, was it pending in the Central Region? \_\_ Yes _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? \_\_ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? \_\_ Yes _X_ No

                                         _/s/ Bruce Reinhart_
                                         BRUCE E. REINHART
                                         ASSISTANT UNITED STATES ATTORNEY
                                         FL Bar No. 0010762

Penalty Sheet(s) attached                                          REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: <u>DAVID GIROUARD</u>

Case No. 06-80135-CR-Ryskamp/Hopkins

Count 1:

18: USC 2422(b)

*Max. Penalty: 5 to 30 years imprisonment; $250,000 Fine

Count 2:

18: USC 2423(b)

*Max. Penalty: 0 to 30 years imprisonment; $250,000 Fine

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT

Southern _____ **District of** _____ Florida _____

_____ Northern _____ **Division** _____

# THE UNITED STATES OF AMERICA

vs.

DAVID GIROUARD, a/k/a "Riseup0004@aol.com,"

## INDICTMENT

18 USC 2422(b)
18 USC 2423(b)

A true bill.

_____Susan O. French_____
Foreman

Filed in open court this ____7th____ day

of ____September____, A.D. 20 __06__

_____E. Sierra_____
Clerk

Bail. $ _____

GPO 863 928