CR 12 (Rev. 9/82)  WARRANT FOR ARREST   AUSA Reinhart / FBI-Kuyrkendall (WPB)

# United States District Court

| DISTRICT | Southern District of Florida |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA vs. DAVID GIROUARD | DOCKET NO. |
| | MAGISTRATE CASE NO. 06-80135-CR-Ryskamp/ Hopkins |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED DAVID GIROUARD a/k/a "Riseup004@aol.com," Palm Beach County Jail DOB: 10/20/1960   SSN: 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 W/M |

WARRANT ISSUED ON THE BASIS OF:
☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint

FILED by _____ D.C.
SEP - 7 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO: United States Marshals Service or any other authorized representative

DISTRICT OF ARREST
CITY

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Did knowingly use a computer to persuade, induce, entice, or coerce a minor to engage in sexual activity.

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 2422(b) & 2423(b) |
|---|---|---|

BAIL FIXED BY COURT: no bond
OTHER CONDITIONS OF RELEASE:

ORDERED BY
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

SIGNATURE (JUDGE/U.S. MAGISTRATE): [signature]
DATE: 9-7-06

CLERK OF COURT
CLARENCE MADDOX

(BY) DEPUTY CLERK: [signature] Emily Guerrero

DATE ISSUED: 9-7-06

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record

DAVID GIROUARD, a/k/a "Riseup004@aol.com,"

DEFENDANT

Pre Trial detention is recommended as to defendant.

*[signature]*
BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY