UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE # 06-80135-CR-Ryskamp

VS.                                REPORT COMMENCING CRIMINAL ACTION

David Girouard                     PRISONER # 75743-004

********************************************************************
TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

   MIAMI     FT. LAUDERDALE     WEST PALM BEACH    (FT. PIERCE)

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
********************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: May 19, 2006  12 Noon
2) LANGUAGE(S) SPOKEN: English
3) OFFENSE(S) CHARGED: T 18, USC, 2422(b) & 2423(b)
4) U. S. CITIZEN [✓] YES   [ ] NO   [ ] UNKNOWN
5) DATE OF BIRTH: 10/29/1960
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [✓] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # 06-80135-CR
   ORIGINATING DISTRICT: Southern District

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

7) AMOUNT OF BOND: _____  WHO SET BOND _____
8) ARRESTING AGENT: SA E. Nesbitt Kuykendall   DATE: 9/13/2006
                    (PRINT NAME)
* (Transferred to federal custody from the State of Florida)
9) AGENCY  FBI                              PHONE: (954)553-3471

10) REMARKS: _____