CR 12 (Rev. 9/82) **WARRANT FOR ARREST** AUSA Reinhart / FBI-Kuyrkendall (WPB)

# United States District Court

| | |
|---|---|
| DISTRICT | Southern District of Florida |

UNITED STATES OF AMERICA
vs.

DAVID GIROUARD

| DOCKET NO. | MAGISTRATE CASE NO. |
|---|---|
| | 06-80135-CR-Ryskamp/ Hopkins |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

DAVID GIROUARD
a/k/a "Riseup004@aol.com,"
Palm Beach County Jail

DOB: 10/20/1960   SSN: 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
W/M

WARRANT ISSUED ON THE BASIS OF:

☒ Indictment   ☐ Information   ☐ Order of Court   ☐ Complaint

TO:
United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Did knowingly use a computer to persuade, induce, entice, or coerce a minor to engage in sexual activity.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 2422(b) & 2423(b) |

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| no bond | |

| ORDERED BY | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE |
|---|---|---|
| JAMES M. HOPKINS UNITED STATES MAGISTRATE JUDGE | [signature] | 9-7-06 |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
|---|---|---|
| CLARENCE MADDOX | [signature] Emily Guerrero | 9-7-06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/08/2006 | CHRISTINA PHARO | [signature] BY: GLEN WILNER, SDUSM |
| DATE EXECUTED 09/11/2006 | U S MARSAL   S/D FLORIDA | |

1213529
0604-0908-2580-J

---

[1] United States Judge or Judge of a State Court of Record

DAVID GIROUARD, a/k/a "Riseup004@aol.com,"

DEFENDANT

Pre Trial detention is recommended as to defendant.

BRUCE E. REINHART
ASSISTANT UNITED STATES ATTORNEY