UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80135-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID GIROUARD,

    Defendant.
_____/

**OBJECTIONS TO PRESENTENCE INVESTIGATION**

The Defendant, by and through counsel, hereby submits the following objections to the Presentence Investigation (PSI). Paragraph numbers refer to the PSI.

1. The Defendant should receive no criminal history point for the worthless check misdemeanor mentioned in paragraph 34. Pursuant to U.S.S.G. Section 4A1.2(c)(1) no points are to be awarded for insufficient funds check misdemeanors unless (1) the sentence was a term of probation of at least one year or a term of imprisonment of at least 30 days or (2) the prior offense is similar to the instant office. Neither of those conditions applies in this case.

2. The Defendant should receive no criminal history point for the worthless check misdemeanor mentioned in paragraph 35. Pursuant to U.S.S.G. Section 4A1.2(c)(1) no points are to be awarded for insufficient funds check misdemeanors unless (1) the sentence was a term of probation of at least one year or a term of imprisonment of at least 30 days or (2) the prior offense is similar to the instant office. Neither of those conditions applies in this case.

    3. Paragraph 36 should indicate 0 criminal history points for a criminal history category of I.

    4. Paragraph 63 should reflect a criminal history category of I, an offense level of 23, and a guideline range of 46-57 months.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By:   */s Dave Lee Brannon*
    Dave Lee Brannon
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 297941
    400 Australian Avenue, Suite 300
    West Palm Beach, Florida 33401
    TEL:(561)833-6288/FAX:(561)833-0368
    *E-Mail*: *Dave_Brannon@fd.org*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2007, undersigned electronically filed the foregoing document with the Clerk of Court using DM/ECF and has served same via U.S. Mail to: Assistant United States Attorney Bruce Reinhart at 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401; and to United States Probation Officer Michael Santucci, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401-5912.

    */s Dave Lee Brannon*
    Dave Lee Brannon